**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2374**

---

THOMPSON INDUSTRIAL SERVICES, INCORPORATED,

                                        Plaintiff - Appellant,

        versus

M.G. BRYAN EQUIPMENT COMPANY,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-99-1214-3-17)

---

Submitted:  May 16, 2000          Decided:  September 8, 2000

---

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

G. Trenholm Walker, Sean K. Trundy, PRATT-THOMAS, PEARCE, EPTING &
WALKER, P.A., Charleston, South Carolina, for Appellant.  C. Allen
Gibson, Jr., Margaret O. Dullanty, BUIST, MOORE, SMYTHE & MCGEE,
P.A., Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thompson Industrial Services, Inc., appeals the district court's order granting M.G. Bryan Equipment Co.'s motion to dismiss for lack of personal jurisdiction.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Thompson Indus. Servs. v. M.G. Bryan Equip. Co.</u>, No. CA-99-1214-3-17 (D.S.C. Sept. 13, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2